AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-01150 |
| Cassava Sciences Inc. Remi Barbier and Lindsay Burns ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date:   09/18/2025

*Attorney's signature*

Michael Catoe (xxxxxx)
*Printed name and bar number*

100 F Street, N.E.
Washington, DC 20549

*Address*

catoem@sec.gov
*E-mail address*

(202) 551-4464
*Telephone number*

(301) 623-1188
*FAX number*